# UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS

## UNITED STATES

v.

## Randy J. GALLIANO III
### Seaman Apprentice (E-2), U.S. Coast Guard

**25-015(66)**
**Docket No. 1514**

**30 March 2026**

Special court-martial sentence adjudged on 08 September 2025.

| | |
|---|---|
| Military Judge: | CDR Jeremy A. Weiss, USCG |
| Appellate Defense Counsel: | LCDR Sierra B. Whitaker-Davis, USCG |

## BEFORE
## McCLELLAND, BRUBAKER & MANNION
Appellate Military Judges

Per curiam:

A military judge sitting as a special court-martial convicted Appellant, consistent with his pleas entered in accordance with a plea agreement, of one specification of indecent conduct, in violation of Article 134, Uniform Code of Military Justice (UCMJ). Appellant was sentenced to reduction to E-1 and a bad-conduct discharge. Judgment was entered accordingly.

Before this Court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on its merits as to any and all errors.

**Decision**

We determine that the findings are correct in law; and that the sentence is lawful and not unreasonable or inappropriately severe. Accordingly, the findings of guilty and the sentence, as entered into the record, are affirmed.



For the Court,

Sarah P. Valdes
Clerk of the Court